FILED

09/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0579

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0579

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

CHRISTOPHER W. ROBERTSON,

     Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Christopher W. Robertson, to all counsel of record, and to the Honorable Holly Brown, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 2 2020